UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No.   4:20-cr-00395 AGF |
| SUSAN E. DARROW, | ) | |
| Defendant. | ) | |

## GOVERNMENT'S ENTRY OF APPEARANCE

COME Now the United States of America, by and through its attorneys Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Tracy L. Berry, Assistant United States Attorney for said District, and hereby enter their appearance on behalf of the United States.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney


*/s/ Tracy L. Berry*
TRACY L. BERRY 014753 TN
Assistant United States Attorney